| | |
|---|---|
| DOUGLAS COHEN, ESQ. (SBN 1214)<br>ROYI MOAS, ESQ. (SBN 10686)<br>**WOLF, RIFKIN, SHAPIRO,**<br>**SCHULMAN & RABKIN, LLP**<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120<br>Tel.: (702) 341-5200/Fax: (702) 341-5300<br>Email: dcohen@wrslawyers.com<br>Email: rmoas@wrslawyers.com<br>*Attorneys for Defendant, PLANET*<br>*MOVING & STORAGE. INC* | CHRISTIAN GABROY (SBN 8805)<br>KAINE MESSER (SBN 14240)<br>**GABROY LAW OFFICES**<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Ste., 280<br>Henderson, Nevada 8912<br>Tel.: (702) 259-7777/Fax (702) 259-7704<br>Email: christian@gabroy.com<br>Email: kmesser@gabroy.com<br>*Attorneys for Plaintiff ROBIN WELLS* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN WELLS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PLANET MOVING & STORAGE, INC. d/b/a and a/k/a NEW PLANET MOVING & STORAGE; DOES I through X; and ROE CORPORATIONS, LLCS, COMPANIES, AND/OR PARTNERSHIPS XI through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02435<br><br>**STIPULATION AND ORDER TO:**<br>**EXTEND DEFENDANT'S DEADLINE**<br>**TO ANSWER COMPLAINT**<br><br>Eighth Judicial Case Complaint Filed:<br>November 21, 2018<br><br>Removal to District Court Filed:<br>December 28, 2018 |

## **RECITALS**

On November 21, 2018, Plaintiff ROBIN WELLS ("Plaintiff") filed her Complaint with Jury Demand in the Eighth Judicial District Court of Clark County, Nevada (the "Complaint"). The Complaint names PLANET MOVING & STORAGE, INC. ("Defendant") as the sole Defendant and asserts the following three causes of action: (1) Sex Discrimination/Harassment Title VII 42 U.S.C § 2000e et seq.//NRS613.330; (2) Retaliation 42 U.S.C. § 2000e et seq.//NRS 613.340 (3) Negligent Hiring, Training, & Supervision (the "Complaint").

Defendant was served with the Summons and Complaint on December 12, 2018. On December 27, 2018 Plaintiff's counsel provided the Defendant an extension to respond to the

Complaint, and on December 28, 2018 Defendant filed its Notice to Federal Court of Removal of Civil Action.

At this time, Parties have agreed to extend the time for Defendant to reply to the Complaint to March 1, 2019, while the parties work on appropriate settlement paperwork.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective undersigned counsel of record, as follows:

(1) Defendant's deadline to respond to Plaintiff's Complaint shall be extended to March 1, 2019.

**IT IS SO STIPULATED.**

DATED: January 24, 2019  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: */s/Royi Moas, Esq.*
*On behalf of Defendant*

DATED: January 24, 2019  GABROY LAW OFFICES

By: */s/ Kaine Messer, Esq.*
*On behalf of Plaintiff*

## ORDER

IT IS HEREBY ORDERED, this __25__ day of January, 2019:

1. Defendant's deadline to respond to Plaintiff's Complaint is extended to March 1, 2019.

_____
U.S. Magistrate Judge