GABROY LAW OFFICES
Christian Gabroy (#8805)
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff Robin Wells*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBIN WELLS, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PLANET MOVING & STORAGE, INC. d/b/a and a/k/a NEW PLANET MOVING & STORAGE; DOES I through X; and ROE CORPORATIONS, LLCs, COMPANIES, AND/OR PARTNERSHIPS XI through XX, inclusive,<br><br>　　　　　Defendant(s). | Case No: 2:18-cv-02435<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 13th day of February, 2019.

| GABROY LAW OFFICES | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP |
|---|---|
| By: /s/ Christian Gabroy<br>Christian Gabroy (#8805)<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, Nevada 89012<br>(702) 259-7777<br>*Attorney for Plaintiff* | By: /s/ Royi Moas<br>Royi Moas (#10686)<br>3556 E. Russell Road, Second Floor<br>Las Vegas, NV 89120<br>(702) 341-5200<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 15, 2019

Page 1 of 1